DAVID A. HUBBERT
Acting Assistant Attorney General

RIKA VALDMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-514-6056 (v)
202-307-0054 (f)
Rika.Valdman@usdoj.gov

*Of Counsel:*
PHILLIP A. TALBERT
Acting United States Attorney

*Attorneys for the United States*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Tax Indebtedness of<br>PETER LAVIN | Case No.  2:17-cv-0298-TLN-CMK<br><br>**NOTICE AND ORDER TO SHOW CAUSE** |

You, Peter Lavin, are hereby notified that the United States has petitioned this Court for an Order allowing the Internal Revenue Service to LEVY upon the real property located at 4968 Summer Place Road, Forest Ranch, CA  95942, with the legal description as follows:

PARCEL I:

PARCEL 2, AS SHOWN ON THAT CERTAIN PARCEL MAP, RECORDED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF BUTTE, STATE OF CALIFORNIA, ON APRIL 5, 1979, IN BOOK 70 OF MAPS, AT PAGE(S) 85.

EXCEPTING THEREFROM ALL MINERAL RIGHTS AND RIGHT OF INGRESS AND EGRESS AND THE RIGHT TO CUT TIMBER FOR USE IN

MINING, AS RESERVED IN DEED FROM M. SCHOTT TO E. GAGE AND E.W. GAGE, DATED AUGUST 14, 1925 AND RECORDED AUGUST 20, 1925, IN BOOK 213 OF DEEDS, AT PAGE 193, RECORDS OF BUTTE COUNTY.

PARCEL II:

A 60 FOOT EASEMENT FOR ROAD AND UTILITY PURPOSES, MORE PARTICULARLY DESCRIBED AS FOLLOWS:  A PORTION OF LOT 2, SECTION 17, TOWNSHIP 23 NORTH, RANGE 3 EAST, M.D.N.B. & M., DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF SAID LOT 2; THENCE ALONG THE NOTHERLY LINE OF SAID LOT 2, SOUTH 89º26'34" WEST, 808.00 FEET; THENCE LEAVING SAID LINE SOUTH   45º52'58" WEST, 828.68 FEET TO A POINT ON THE WEST LINE OF SAID LOT 2; THENCE ALONG SAID WEST LINE SOUTH 6º42'11"WEST, 106.22 FEET; THENCE NORTH 45º52'58" EAST, 894.70 FEET; THENCE NORTH 89º26'34" EAST, 766.49 FEET TO A POINT ON THE EAST LINE OF SAID LOT 2; THENCE ALONG SAID EAST LINE NORTH 6º18'24" EAST, 60.43 FEET TO THE POINT OF BEGINNING.

PARCEL III:

AN EASEMENT FOR ROAD AND PUBLIC UTILITIES OVER A PORTION OF LOT 3 OF SECTION 17, TOWNSHIP 23 NORTH, RANGE 3 EAST, M.D.B. & M., BEING A PORTION OF PARCEL 1 AS SHOWN ON THAT CERTAIN PARCEL MAP, RECORDED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF BUTTE, STATE OF CALIFORNIA, ON APRIL 5, 1979, IN BOOK 70 OF MAPS, AT PAGE(S) 85, AND MORE PARTICULARLY AS FOLLOWS:

COMMENCING AT THE NORTHWEST CORNER OF SAID PARCEL 1; THENCE SOUTH 6º39'07" WEST, 205.00 FEET TO THE POINT OF BEGINNING; THENCE SOUTH 81º23'12" EAST 490.20 FEET;  THENCE SOUTH 8º36'48" WEST 60.00 FEET; THENCE NORTH  81º23'12" WEST, 488.14 FEET; THENCE NORTH 6º39'07" EAST 60.04 FEET TO THE POINT OF BEGINNING.

PARCEL IV:

A NON-EXCLUSIVE EASEMENT FOR ROAD AND PUBLIC UTILITY PURPOSES OVER PARCEL 3, AS SHOWN ON THAT CERTAIN PARCEL MAP, RECORDED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF BUTTE, STATE OF CALIFORNIA, ON APRIL 5, 1979, IN BOOK 70 OF MAPS, AT PAGE(S) 85.

in order to sell your interest to satisfy all or part of your unpaid tax liabilities for the taxable years 2005, 2007, 2008, 2009, 2010, 2011, and 2012, plus interest and penalties according to law.

This Court has examined the Petition of the United States and accompanying Declaration, and it is hereby ORDERED that you have twenty-five (25) days from the date of this Order to file with the Clerk of Court a written OBJECTION TO PETITION.  Any written OBJECTION TO PETITION should demonstrate either that:

A.  Your liability has been satisfied; OR

B.  You have other assets from which the unpaid tax liabilities can be satisfied; OR

C.  Applicable laws and administrative procedures relevant to the levy were not followed by the Internal Revenue Service.

It is further ORDERED that if you file a written OBJECTION TO PETITION with the Clerk of Court, then the Court will hold a hearing, at which you must appear, on **MAY 17, 2017**, (date) **at 10:30 a.m**. (time) at the United States District Court, 2986 Bechelli Lane, Redding, , CA 96002, before the undersigned, to consider your objections.

It is FURTHER ORDERED that, in addition to filing your OBJECTION TO PETITION with the Clerk of Court, you must also mail a copy of your OBJECTION TO PETITION to the attorney for the United States, Rika Valdman, U.S. Department of Justice, Tax Division, Western Region, P.O. Box 683, Washington, D.C. 20044, on or before the filing date.

**If you do not file an OBJECTION TO PETITION within twenty-five (25) days of the date of this ORDER, or if you file an OBJECTION TO PETITION but fail to appear before the Court as instructed, the Court will enter an ORDER APPROVING AN**

**INTERNAL REVENUE SERVICE LEVY ON THE REAL PROPERTY LOCATED AT 4968 SUMMER PLACE ROAD, FOREST RANCH, CA 95942.**

It is FURTHER ORDERED that a copy of this NOTICE AND ORDER TO SHOW CAUSE, together with the Petition and Declaration, shall be served upon PETER LAVIN within five (5) days of the date of this Order, by the United States Marshal or any deputy U.S. Marshal, or any Revenue Officer of the Internal Revenue Service, by delivering a copy in hand to PETER LAVIN or by leaving a copy at Peter Lavin's dwelling or usual place of abode with a person of suitable age and discretion residing therein, or by some other manner of service described in Rule 4(e)(1) of the Federal Rules of Civil Procedure.

Dated:  March 27, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE