DAVID A. HUBBERT
Acting Assistant Attorney General

RIKA VALDMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-514-6056 (v)
202-307-0054 (f)
Rika.Valdman@usdoj.gov

*Of Counsel:*
PHILLIP A. TALBERT
Acting United States Attorney

*Attorneys for the United States*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Tax Indebtedness of PETER LAVIN | Case No. 17-cv-0298<br><br>**ORDER APPROVING LEVY UPON PRINCIPAL RESIDENCE** |

    This matter having come before the undersigned upon the Petition of the United States and the accompanying Declaration of Almetrius D. Swain, the Court having issued Notice and Order to Show Cause which was properly served, Peter Lavin having failed to file written Objection to Petition, and the Court having taken the hearing off calendar pursuant to Eastern District of California Local Rule 230(c), Court having considered the Petition and evidence presented,

    IT IS HEREBY ORDERED THAT, pursuant to Internal Revenue Code section 6334, the Court GRANTS the Petition for Judicial Approval of Levy upon a Principal Residence. The

1

Internal Revenue Service may levy upon Peter Lavin's interest in the property located at 4968 Summer Place Road, Forest Ranch, CA 95942, with the legal description of:

PARCEL I:

PARCEL 2, AS SHOWN ON THAT CERTAIN PARCEL MAP, RECORDED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF BUTTE, STATE OF CALIFORNIA, ON APRIL 5, 1979, IN BOOK 70 OF MAPS, AT PAGE(S) 85.

EXCEPTING THEREFROM ALL MINERAL RIGHTS AND RIGHT OF INGRESS AND EGRESS AND THE RIGHT TO CUT TIMBER FOR USE IN MINING, AS RESERVED IN DEED FROM M. SCHOTT TO E. GAGE AND E.W. GAGE, DATED AUGUST 14, 1925 AND RECORDED AUGUST 20, 1925, IN BOOK 213 OF DEEDS, AT PAGE 193, RECORDS OF BUTTE COUNTY.

PARCEL II:

A 60 FOOT EASEMENT FOR ROAD AND UTILITY PURPOSES, MORE PARTICULARLY DESCRIBED AS FOLLOWS: A PORTION OF LOT 2, SECTION 17, TOWNSHIP 23 NORTH, RANGE 3 EAST, M.D.N.B. & M., DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF SAID LOT 2; THENCE ALONG THE NOTHERLY LINE OF SAID LOT 2, SOUTH 89º26'34" WEST, 808.00 FEET; THENCE LEAVING SAID LINE SOUTH 45º52'58" WEST, 828.68 FEET TO A POINT ON THE WEST LINE OF SAID LOT 2; THENCE ALONG SAID WEST LINE SOUTH 6º42'11"WEST, 106.22 FEET; THENCE NORTH 45º52'58" EAST, 894.70 FEET; THENCE NORTH 89º26'34" EAST, 766.49 FEET TO A POINT ON THE EAST LINE OF SAID LOT 2; THENCE ALONG SAID EAST LINE NORTH 6º18'24" EAST, 60.43 FEET TO THE POINT OF BEGINNING.

PARCEL III:

AN EASEMENT FOR ROAD AND PUBLIC UTILITIES OVER A PORTION OF LOT 3 OF SECTION 17, TOWNSHIP 23 NORTH, RANGE 3 EAST, M.D.B. & M., BEING A PORTION OF PARCEL 1 AS SHOWN ON THAT CERTAIN PARCEL MAP, RECORDED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF BUTTE, STATE OF CALIFORNIA, ON APRIL 5, 1979, IN BOOK 70 OF MAPS, AT PAGE(S) 85, AND MORE PARTICULARLY AS FOLLOWS:

COMMENCING AT THE NORTHWEST CORNER OF SAID PARCEL 1; THENCE SOUTH 6°39'07" WEST, 205.00 FEET TO THE POINT OF BEGINNING; THENCE SOUTH 81°23'12" EAST 490.20 FEET; THENCE SOUTH 8°36'48" WEST 60.00 FEET; THENCE NORTH 81°23'12" WEST, 488.14 FEET; THENCE NORTH 6°39'07" EAST 60.04 FEET TO THE POINT OF BEGINNING.

PARCEL IV:

A NON-EXCLUSIVE EASEMENT FOR ROAD AND PUBLIC UTILITY PURPOSES OVER PARCEL 3, AS SHOWN ON THAT CERTAIN PARCEL MAP, RECORDED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF BUTTE, STATE OF CALIFORNIA, ON APRIL 5, 1979, IN BOOK 70 OF MAPS, AT PAGE(S) 85.

to satisfy part or all of his unpaid tax liabilities for the taxable years 2005, 2007, 2008, 2009, 2010, 2011, and 2012, which may be executed by any authorized officer of the Internal Revenue Service.

It is further ORDERED that the Clerk of Court shall mail a copy of this ORDER to:

**Rika Valdman**
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044

**Peter Lavin**
4968 Summer Place Road,
Forest Ranch, CA 95942

Dated: August 8, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE