# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>PETER LAVIN,<br>*In the Matter of the Tax Indebtedness of,*<br><br>Respondent. | No. 2:17-cv-00298-TLN-DMC<br><br><br><br>**ORDER** |

Petitioner brings this petition for judicial approval of a levy to satisfy a tax indebtedness. The matter was referred to a United States Magistrate Judge for resolution of the petition. Good cause appearing therefor, the undersigned adopts the Magistrate Judge's August 8, 2017, order as the final order in this matter, which will be closed.

Accordingly, IT IS HEREBY ORDERED that:

1. The August 8, 2017, order is adopted as the final order of the court; and
2. The Clerk of the Court is directed to enter judgment granting Petitioner's petition and close this file.

Dated: September 27, 2018

_____
Troy L. Nunley
United States District Judge